■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT MUNIZ, Appellant. [669 NYS2d 949] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered November 15, 1994, convicting him of assault in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

There is no merit to the defendant's contention that he was deprived of his right to a fair trial by the introduction of evidence regarding uncharged crimes. The evidence was admis-

sible to complete the narrative of events and to show the defendant's motive and intent (*see, People v Bowden,* 157 AD2d 789; *People v Hardwick,* 140 AD2d 624; *People v Maggio,* 137 AD2d 623). The probative value of the evidence clearly outweighed any prejudicial effect and the court gave a proper limiting instruction to the jury (*see, People v Bowden, supra; People v Maggio, supra*).

The defendant's remaining contention is without merit (*see, People v Gaines,* 158 AD2d 540). Copertino, J. P., Altman, Florio and Luciano, JJ., concur.